# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

141230-2 & (32)(33)

GWENDA J. SOUDEN,
　　　　　Plaintiff-Appellee,

v

DEAN F. SOUDEN,
　　　　　Defendant-Appellant.

SC: 141230-2
COA: 297676; 297677; 297678
Oakland CC: 2009-759780-DO

_____/

　　　　On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the May 18, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2010

_____
Clerk

d0629